RECEIVED
NOV 18 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No.: 25-I-22 |
| | ) | |
| v. | ) | 18 U.S.C. § 704(b) |
| | ) | 18 U.S.C. § 1343 |
| AMANDA KATE WALKER BASS, | ) | |
| | ) | 2:26-cr-20022-1 MSN |
| Defendant. | ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (WIRE FRAUD)

### INTRODUCTION

At all times material to this Information:

1.    The defendant, **AMANDA KATE WALKER BASS ("AMANDA BASS" or "BASS")**, lived in West Tennessee.

2.    The Purple Heart is a military decoration awarded to United States military servicemembers who suffer wounds from enemy action.

3.    GoFundMe is an online crowd funding and fund-raising platform based out of San Diego, California.

4.    In or about January 1, 2014, and continuing until in or about November 30, 2024, in the Western District of Tennessee and elsewhere, defendant **AMANDA BASS** knowingly devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by materially false and fraudulent pretenses, representations, and promises.

## OBJECT OF THE SCHEME TO DEFRAUD

5.    The object of the scheme to defraud was for **BASS** to receive money, property, labor, and positive consumer sentiment, from individuals, organizations, and charities by fraudulently holding herself out as a U.S. Marine Corps combat veteran and Purple Heart recipient who sustained life-altering injuries in Afghanistan.

## MANNER AND MEANS OF THE SCHEME TO DEFRAUD

6.    It was a part of the scheme to defraud that beginning in and around 2014, **BASS** began representing herself to others as being a combat veteran of the U.S. Marine Corps, when in fact she had never served in the military.

7.    It was part of the scheme to defraud that **BASS** represented to others that she enlisted in the U.S. Marine Corps at age 17 and deployed to Afghanistan three separate times. On these deployments, there were times where she killed others out of necessity.

8.    It was further part of her scheme to defraud that **BASS** concocted an elaborate narrative centered on her third combat deployment to Afghanistan.

> a. According to **BASS**, she was suspicious that a mission she was tasked with was unsafe, but her superiors made her execute the mission regardless. On this mission, on July 29, 2010, she and her unit were ambushed by the enemy by way of an improvised explosive device ("IED").
>
> b. According to **BASS**, she was blown up by the IED, having a large piece of metal impel her abdomen and go out through her back and spine. She

2

was, additionally, shot twice. Most of her unit was killed by the IED and several others were severely wounded. A firefight ensued and the five Marines in her unit, who were still alive from the IED blast, were pinned down by enemy fire.

c. According to **BASS**, for two days they held on until a helicopter rescued them. In order to get to the drop zone where the helicopter could reach them, **BASS** had to drag a Marine who had his legs blown off. **BASS** herself finally passed out while on the rescue helicopter.

d. According to **BASS**, the damage of the attack wounded her physically, mentally and emotionally. She was pronounced dead at different times. Doctors had to create fully bionic abdominal organs for her for which she relies on electricity to charge. She has post-traumatic stress disorder ("PTSD") as a result of the experience and three times attempted to commit suicide.

e. According to **BASS**, the remaining five Marines who survived the attack all succumbed to their injuries or committed suicide.

9. It was further part of the scheme to defraud that **BASS** lied to Memphis media outlet, the Daily Memphian, holding herself out as disabled veteran in order to get publicity for her business, "Got It In The Bag," a luxury handbag purveyor. Based on her lies, the Daily Memphian featured **BASS** in an article on July 8, 2021, titled, "Disabled, legally blind veteran now dealer of luxury good."

3

10.    It was further part of the scheme that **BASS** promoted herself as a Marine and disabled veteran on the website CEO MEDIUM and Pinterest, in order to promote her business, "Got It In The Bag."

11.    It was further part of the scheme to defraud that in or around September 2022, **BASS** created, or caused to be created, a GoFundMe page in order to raise financial support for herself. The webpage featured photographs of **BASS** and her family and provided key portions of her fictitious Marine Corps career narrative to include: "Amanda Kate Bass is a United States Marine Corp (sic) veteran who was wounded in 2010 in the middle east when her convoy was ambushed by an improvised explosive device (IED)." In total, **BASS** received over $8,000 from the GoFundMe page.

12.    It was further part of the scheme to defraud that **BASS** gave her testimony at her church in Fayette County, Tennessee in and around 2022. The testimony in large part was made up of the narrative in paragraph 8 herein. Based on the story received by the church, members of the congregation made donations of their time and money to **BASS**. These donations included a HVAC system and wheelchair ramp among others.

13.    It was further part of the scheme that **BASS** promoted herself on social media via posts and direct messages to various individuals as a wounded Marine veteran. She presented to individuals a common access card military identification in her name, a retired Marine identification card in her name, photographs of a deployed Marine that she purported to be her, and a Purple Heart to maintain the appearance that she was a wounded combat Marine.

14.    It was further part of the scheme that **BASS** lied to a physician in and around Memphis about the origin of certain injuries and ailments she had in order to obtain

4

doctor's notes that referenced her fictitious combat experience. **BASS** would then share these doctor's notes with others to further promote her fraudulent Marine Corps narrative.

15.    It was further part of the scheme that **BASS** made contact with multiple veteran-oriented charities, including the Oscar Mike Foundation, the Veterans Project, and Gr8ter Veterans, and shared her fictious Marine Corps narrative, in order to obtain financial contributions from them.

### ACTS IN FURTHERANCE OF THE SCHEME TO DEFRAUD

16.    In and around September 2022, **BASS** sent emails from her home in Fayette County, Tennessee, detailing her fictitious Marine Corps career, combat experience, and injuries to J.L. in Illinois. Based on the misrepresentations made by **BASS** and with her knowledge and consent, J.L. created a GoFundMe page for **BASS**. **BASS** subsequently emailed the GoFundMe page link to others.

17.    In and around July 2024, GoFundMe shut down **BASS's** GoFundMe after receiving reports that the page was fraudulent. In response, on or about July 26, 2024, **BASS** emailed GoFundMe a copy of a fraudulent retired Marine military identification bearing her photograph, social security number, and the name "Amanda Walker" in order to cause GoFundMe to reinstate the GoFundMe page.

### EXECUTION OF THE SCHEME TO DEFRAUD

18.    On or about July 26, 2024, for the purpose of executing the aforementioned scheme and artifice, and attempting to do so, defendant **AMANDA BASS** did knowingly transmit and cause to be transmitted from Tennessee to Maine by means of wire communication, writings, signs, and signals, that is, a FaceTime video to and with J.R. containing an image of a fraudulent retired Marine military identification bearing her

5

photograph, social security number, and the name "Amanda Walker," all in violation of Title 18, United States Code, Section 1343.

## COUNT 2
### (FRAUDULENT USE OF MILITARY MEDALS)

19.     The allegations contained in paragraphs 1 through 17 of this Information are re-alleged in this Count and are incorporated by reference as if fully set forth herein.

20.     Between on or about January 1, 2014, to on or about November 30, 2024, the exact day or dates unknown, in the Western District of Tennessee and elsewhere, the defendant, **AMANDA BASS**, did fraudulently hold herself out to be the recipient of the Purple Heart, all in violation of Title 18, United States Code, Sections 704(b) and (d)(1).

Dated: **November 18, 2025**

DAVID
DUNAVANT

Digitally signed by DAVID
DUNAVANT
Date: 2025.11.18 15:34:34
-06'00'

**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**
**WESTERN DISTRICT OF TENNESSEE**