# UNITED STATES DISTRICT COURT

Western | DISTRICT OF | Tennessee

United States of America

V.

Amanda Kate Walker Bass

## EXHIBIT AND WITNESS LIST

Case Number:  2:26-CR-20022-01-MSN

| PRESIDING JUDGE Mark S. Norris | PLAINTIFF'S ATTORNEY William Bateman | DEFENDANT'S ATTORNEY Robert Thomas |
|---|---|---|
| Sentencing Hearing held on 05/14/2026 & 07/28/2026 | COURT REPORTER Lisa Mayo | COURTROOM DEPUTY Zandra Frazier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/14/2026 | | | Robert Patrick |
| ✓ | | 5/14/2026 | | | Jacquelyn Lawler |
| ✓ | | 5/14/2026 | | | Jannette Zaccagnino |
| ✓ | | 5/14/2026 | | | Brittany Graham |
| ✓ | | 5/14/2026 | | | Joseph Peel |
| 1 | | 5/14/2026 | ✓ | ✓ | Doctor's Note at ECF 14 - FILED UNDER SEAL |
| ✓ | | 7/28/2026 | | | Steven Edward Harris |
| ✓ | | 7/28/2026 | | | Brandon Smith |
| 2 | | 7/28/2026 | ✓ | ✓ | Photos: dog |
| ✓ | | 7/21/2026 | | | Benjamin Frizzell |
| 3 | | 7/28/2026 | ✓ | ✓ | Photo: Common Access Card - FILED UNDER SEAL |
| 4 | | 7/28/2026 | ✓ | ✓ | Email |
| 5 | | 7/28/2026 | ✓ | ✓ | Document   (8 pages) |
| 6 | | 7/28/2026 | ✓ | ✓ | Text messages  - FILED UNDER SEAL   (46 pages) |
| 7 | | 7/28/2026 | ✓ | ✓ | Thumb Drvie |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.